RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
BRENT D. QUIST, ESQ.
Nevada Bar No. 009157
bquist@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:   (702) 839-1100
Facsimile:    (702) 839-1113
**Attorneys for Defendants,
Keith Cottom and Kelly Peterson**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH BANKS REAGAN,<br><br>            Plaintiff,<br><br>vs.<br><br>KEITH COTTOM; KELLY PETERSON; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>            Defendants. | Case No:  2:16-cv-00466-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between RAMZY PAUL LADAH, ESQ., of the LADAH LAW FIRM, attorneys for Plaintiff, JOSEPH BANKS REAGAN, and RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendants' KEITH COTTOM and KELLY PETERSON, that the within matter be dismissed, with prejudice, each party to bear

///

///

///

///

///

1 | their own attorneys' fees and costs.

Dated: 10-10-2016

**LADAH LAW FIRM**

By_____
RAMZY PAUL LADAH, ESQ.
Nevada Bar No. 11405
517 South Third Street
Las Vegas, Nevada 89101
Telephone: (702) 252-0055
Facsimile: (702) 248-0055
*Attorneys for Plaintiff*
*Joseph Banks Reagan*

Dated: 10/10/16

**DENNETT WINSPEAR, LLP**

By_____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
BRENT D. QUIST, ESQ.
Nevada Bar No. 009157
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendants,*
*Keith Cottom and Kelly Peterson*

## ORDER

UPON STIPULATION OF COUNSEL and good cause appearing,

IT IS HEREBY ORDERED that the within matter be, and is hereby DISMISSED, WITH PREJUDICE, each party to bear their own attorneys' fees and costs.

Dated October 11, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

**DENNETT WINSPEAR, LLP**

By_____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
BRENT D. QUIST, ESQ.
Nevada Bar No. 009157
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
*Attorneys for Defendants,*
*Keith Cottom and Kelly Peterson*